UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSENCE OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>UNITED STATES SMALL BUSINESS<br>ADMINISTRATION, et al.,<br><br>                                    Defendants. | Case No.:  3:26-cv-3019-CAB-SBC<br><br>**ORDER:**<br>**(1) DISMISSING COMPLAINT**<br>**WITHOUT PREJUDICE; and**<br><br>**(2) DENYING AS MOOT MOTION**<br>**TO PROCEED IN FORMA**<br>**PAUPERIS [Doc. No. 2.]** |

Before the Court is Plaintiff Essence of America's complaint related to small business loans. [Doc. No. 1 ("Complaint").]  Plaintiff alleges it never received the small business loans but has nonetheless been subject to collection actions regarding the loans. [*Id.* at 5–6.]  Essence of America, a nonprofit organization, is the sole named plaintiff, but the Complaint was filed *pro se*.  Only individuals can proceed *pro se* in federal court; other entities must retain licensed counsel. *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) ("Corporations and other unincorporated associations must appear in court through an attorney."); *see also Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–03 (1993) (reasoning that in passing statute related to proceeding in forma pauperis ("IFP"), "Congress was thinking in terms of 'persons' who could petition courts themselves and appear *pro se,* that is, of natural persons only).  Given that no licensed counsel appears for Essence of America, the Court **DISMISSES** the Complaint

without prejudice and also **DENIES AS MOOT** the motion to proceed *in forma pauperis*.[1] [Doc. No. 2.]

     **IT IS SO ORDERED.**

Dated:  June 22, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

---

[1] The Court also notes at least two issues with the IFP motion. [Doc. No. 2.]  First, it appears to list the financial information for an unnamed individual and not Essence of America.  [*See id.*]  Second, it indicates that this individual expects major changes to their monthly income or expenses during the next 12 months, but provides no additional description of those expected changes as required by the form.  [*Id.* at 5.]